# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & Email**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

March 9, 2026

The within application is hereby GRANTED.  This resolves the Letter Motion at Dkt. 28.

Dated: March 9, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Yitzchok Sklar,* **26 Cr. 24 (JLR)**

Dear Judge Rochon:

I write to respectfully request the following: (1) Mr. Benjamin Zeman, my partner, be discharged as the attorney of record for Mr. Sklar, (2) I be appointed as CJA counsel to represent Mr. Sklar *nunc pro tunc* to the date of Mr. Sklar's arrest, February 6, 2026, (3) My CJA mentee, Tracy Burnett, be appointed as associate counsel under the S.D.N.Y. CJA Mentoring Program, and (4) Dr. Elizabeth Laposata be appointed as medical expert to assist in the review of medical records central to this case.

I have conferred with Case Budgeting Attorney Alan Nelson, and on March 2, 2026, I submitted to Alan Nelson a proposed case budget that includes the requests for Tracy Burnett and Dr. Laposata discussed further in this letter motion. I have a budget call with Alan Nelson scheduled for March 24, 2026, after which a proposed case budget will be submitted to Your Honor.

To the matter of Mr. Sklar's representation, although my partner, Ben Zeman, appeared on behalf of Mr. Sklar at his initial arraignment on February 6, 2026, as stated on the record during the February 25, 2026 status conference before Your Honor, I have handled all matters related to the case since the arraignment, communicating consistently with the Sklar family, meeting with Mr. Sklar multiple times at the MDC Brooklyn, and receiving and reviewing discovery.  Accordingly, I respectfully request that I be appointed as CJA counsel for Mr. Sklar *nunc pro tunc* to February 6, 2026, to replace Mr. Zeman as attorney of record for all purposes.

The seriousness of this case, the anticipated volume of discovery, and the ongoing need for consistent meetings with Mr. Sklar at the MDC Brooklyn warrant associate counsel. I respectfully request that this Court approve the appointment of my CJA mentee, Tracy Burnett, to serve as associate counsel on this case. Not only will Ms. Burnett, an experienced attorney, provide valuable assistance in the representation of Mr. Sklar, she will also be able to gain critical Federal experience. As stated previously, after my meeting with Alan Nelson, we will submit a proposed case budget that includes Ms. Burnett. However, to ensure that Ms. Burnett can begin working on the case as quickly as possible, I request that, as per the rules of the CJA Mentoring Program, after completing 15 hours of casework on a *pro bono* basis, that Ms.

Burnett be appointed for 100 hours at the CJA Mentoring Program rate of $103 per hour.

This week, we received discovery from the government that included certain medical records of the decedent, including the file from the Office of the Chief Medical Examiner. I respectfully request the appointment of Dr. Elizabeth Laposata as a medical expert to assist the defense in reviewing the received medical records (this request will also be included in the proposed case budget). Dr. Laposata has significant experience working with CJA attorneys in this District and after discussing this matter with her, she is available to accept the appointment. Accordingly, I request the appointment of Dr. Elizabeth Laposata for 10 hours at her standard CJA case rate of $400 per hour. Dr. Laposata's *curriculum vitae* is attached to this letter motion.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Yitzchok Sklar

Winter, 2024

**CURRICULUM VITAE**
**ELIZABETH A. LAPOSATA, MD, FCAP, FASCP**

**BUSINESS ADDRESS**          Forensic Pathology & Legal Medicine, Inc.
245 Waterman Street, Suite 100
Providence, Rhode Island 02906
Telephone:  (401) 437-8037
FAX: (401) 437-8038
ELaposataMD@FP-LM.com

2005-present          President, Forensic Pathology & Legal Medicine, Inc.

**WARREN ALPERT MEDICAL SCHOOL of BROWN UNIVERSITY** Providence, Rhode Island
Clinical Associate Professor, Pathology and Laboratory Medicine
1994-present          Elizabeth_Laposata@Brown.edu

**EDUCATION**

Undergraduate          Bucknell University, Lewisburg, PA
Bachelor of Science in Biology, cum laude, with Honors in Biology
1971-1975

Medical School          University of Maryland School of Medicine, Baltimore, MD
Doctor of Medicine
1975-1979

**POSTGRADUATE TRAINING**

1981-1983          St. Louis University School of Medicine, St. Louis, MO
St. Louis City Medical Examiner's Office
Specialty:  Forensic Pathology Residency

1979-1981          Johns Hopkins University School of Medicine, Baltimore, MD
Specialty:  Anatomic Pathology Residency

**POSTGRADUATE FELLOWSHIP APPOINTMENTS**

1986-1987          Research Associate, Department of Pathology and Laboratory Medicine,
University of Pennsylvania School of Medicine, Philadelphia, PA

1985-1986          Postdoctoral Research Fellow, Departments of Obstetrics and Gynecology and
Pathology and Laboratory Medicine, Hospital of the University Of Pennsylvania,
Philadelphia, PA

1983-1985          Postdoctoral Research Fellow, Cardiovascular Division, Department of Medicine,
Washington University School of Medicine, St. Louis, MO

Elizabeth A. Laposata, MD, FCAP, FASCP

## MEDICAL EXAMINER APPOINTMENTS

1993-2005        Chief Medical Examiner, State of Rhode Island.
       Co-Chairman, Child Fatality Review Committee, State of Rhode Island.
       Head, Mass Disaster Death Investigation, Egypt Air 990 Plane Crash, 217 fatalities, October 1999.
       Head, Mass Disaster Death Investigation, "The Station" Nightclub Fire, 96 fatalities, February 2003.

1991-1993        Assistant Medical Examiner, State of Delaware.

1987-1991        Assistant Medical Examiner, City of Philadelphia, Philadelphia, PA

1983-1985        Assistant Medical Examiner, St. Louis City Medical Examiner's Office, St. Louis, MO

## FACULTY APPOINTMENTS

2006-2018        Adjunct Associate Professor, Biomedical Forensic Sciences and Forensic Anthropology, Department of Anatomy and Neurobiology, Division of Graduate Medical Sciences, Boston University School of Medicine, Boston, MA

       2007—2012, Thesis Advisor, Masters of Science in Biomedical Forensic Sciences

1994-present        Clinical Associate Professor, Pathology and Laboratory Medicine, Warren Alpert Medical School of Brown University, Providence, RI

1987-1991        Assistant Professor, Department of Pathology and Laboratory Medicine, University of Pennsylvania School of Medicine, Philadelphia, PA

       1987-1991-Attending Staff Medical Pathology

       1988-1991-Associate Director, Medical Pathology & Autopsy Service

       1989-1991-Co-Director, Forensic Pathology Fellowship Program, Hospital of the University of Pennsylvania & Philadelphia Medical Examiner's Office

1983-1985        Instructor, Department of Pathology, Washington University School of Medicine, St. Louis, MO

## SPECIALTY CERTIFICATIONS

1983        Diplomat, American Board of Pathology
       Certification in Anatomic and Forensic Pathology

1983-present        Qualified as an expert witness in forensic and anatomic pathology: California, Connecticut, Delaware, Florida, Illinois, Maryland, Massachusetts, Minnesota, Missouri, New York, Pennsylvania, and Rhode Island
       Qualified in State and Federal Courts

2007        Certification, Basic Bloodstain Pattern Analysis, International Association of Identification, Hollywood, FL

Elizabeth A. Laposata, MD, FCAP, FASCP

| | |
|---|---|
| 2008 | National Registry Emergency Medical Technician #B1909156<br>RI EMT-B #14515 with Extended Role of Intubation<br>BLS for Healthcare Providers (CPR & AED) Program |
| 2009 | Incident Command System Certifications (ICS), Federal Emergency Management Institute<br>    ICS 100 Introduction to ICS<br>    ICS 300 Intermediate ICS for Expanding Incidents<br>    ICS 700 National Incident Management Syste |
| 2013 | International Association of Identification Certificates<br>    Intermediate Workshop: Who Shot What Where, When & How<br>    Intermediate Workshop: Examination of Bloodstain Patterns on Clothing<br>    Advanced Workshop: Bloodstain Pattern Analysis from Crime Scene Photographs |
| 2014 | Shooting Reconstruction Certificate, RTI International, Headquarters, Research Triangle Park, NC |
| 2018 | Certificate, Principles of Clinical Toxicology, American Association for Clinical Chemistry, Washington, DC |

## LICENSED TO PRACTICE MEDICINE

Rhode Island, #MD08568
Delaware, #C-10003748 (inactive)
Pennsylvania, #MD035614E (inactive)
Missouri, #R7C21 (inactive)

## AWARDS AND HONORS

| | |
|---|---|
| 2006, 2007, 2008 | The Warren Alpert Medical School of Brown University<br>Dean's Teaching Excellence Award, Cardiovascular 2nd Year,<br>Cardiomyopathies & Myocarditis and Cause of Death Analysis |
| 2004 & 2009 | Brown Medical School Service Award<br>10 years of clinical teaching<br>15 years of clinical teaching |
| 2004 | Featured in "Faces of Public Health", Pfizer Global Pharmaceuticals, Pfizer, Inc., New York, NY, 2004. |
| 2003 | Woman of the Year, The Rhode Island Commission on Women, Warwick, RI.<br>    Certificate of Special Recognition from the Office of the Lieutenant Governor.<br><br>    Certificate of Accomplishment from Jack Reed, U.S. Senator, Rhode Island.<br><br>    Certificate of Special Congressional Recognition, James R. Langevin, Member of Congress, Second District, Rhode Island.<br><br>    Certificate of Special Congressional Recognition, Lincoln Chafee, U.S. Senator, Rhode Island. |

Elizabeth A. Laposata, MD, FCAP, FASCP

|  | Certificate of Special Recognition from Patrick Lynch, Attorney General, State of Rhode Island. |
|---|---|
| 2002 | Victims' Rights and Services Award, RI Victims' Advocacy & Support Center, RI, "In appreciation of sensitive leadership and commitment of survivors of homicide victims in Rhode Island, by redefining the Office of Medical Examiner, as a provider of education, support and healing." |
|  | Certificate of Special Congressional Recognition, James R. Langevin, Member of Congress, Second District, Rhode Island. |
|  | Certificate of Recognition from Charles J. Fogarty, Lieutenant Governor, State of Rhode Island. |
| 2000 | Honoree, "For Dedication and Service to Federal, State, and Egyptian Agencies and especially the Families of those on board Egypt Air Flight 990 during its tragic loss off the coast of Nantucket, MA, October 31, 1999, Given in recognition of service" given by The Rhode Island Funeral Directors Association, Providence, Rhode Island. |
| 2000 | Recognition Certificate "For outstanding support to the families and loved ones of those lost on EgyptAir Flight 990, 31 October 1999. By your actions you brought a measure of solace and peace at a tragic time" given by Kenyon International Emergency Services. |
| 2000 | Recognition Award in "Appreciation for your assistance and sensitivity to Jewish traditions of death and bereavement" The Chevra Kadisha of Rhode Island. |
| 1996 | Invited participant, Ethics and Leadership Forum for Public Administrators, White Center for Ethics and Public Service, University of Rhode Island, Kingston, RI. |
| 1996 | Honoree: Outstanding Women in Public Service, YWCA of Greater Providence, Providence, RI. |
| 1990 | Outstanding Teaching Award, Pathology, from 2nd year Medical School Class, Hospital of the University of Pennsylvania School of Medicine |
| 1991-1993 | Board of Trustees, Delaware SIDS Foundation. |
| 1989-1991 | Board of Trustees, Philadelphia SIDS Foundation. |
| 1987-1988 | Member, Search Committee appointed by City of Philadelphia Health Commissioner for Selection of Chief Medical Examiner. |
| 1987 | Co-Director, Symposium on Forensic Aspects of Mass Disasters, Philadelphia. |
| 1987 | Member, appointed to the Forensic Advisory Board of the City of Philadelphia. |
| 1977 | Alpha Omega Alpha Research Prize, University of Maryland School of Medicine. |

Elizabeth A. Laposata, MD, FCAP, FASCP

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES
### (Including Offices Held)

American Academy of Forensic Sciences:
Elected Fellow, 1988 - present
Chairman, Forensic Science Research Committee, 1986-1995
Member, 1981-1988

National Association of Medical Examiners;
Elected to Board of Directors, 1988-1993
Member 1981-2009
Fellow 2009-present

American Society of Clinical Pathologists
Fellow, (FASCP) 1991-present.

College of American Pathologists
Fellow (FCAP) 1993-present.

World Association for Medical Law
Member, 2012-present

American Association for Clinical Chemistry
Member, 2012-present

Rhode Island Medical Women's Association
Elected to Board of Directors, 2005-2010
President, 2006-2009

Rhode Island Medical Society
Council Member, 2005-2009

International Association for Identification
Associate Member
2007-present

Massachusetts Medicolegal Society, 1997- meetings suspended in 2000

Maternal Health Committee of Rhode Island Medical Society
Maternal Mortality Committee
1994-2005

Pennsylvania Association of Pathologists
Chairman, Committee on Forensic Pathology, 1989-1992.

## EDITORIAL BOARD

2012-present          Journal of Forensic Toxicology and Pharmacology

2002-2005             Practical Reviews in Forensic Medicine & Sciences, Johns Hopkins University School of
                      Medicine and Oakstone Medical Publishing

1989-1999             The American Journal of Forensic Medicine and Pathology.

Elizabeth A. Laposata, MD, FCAP, FASCP

## INVITED REVIEWER & EXPERT CONSULTANT

2013            National Association of Medical Examiners and American College of Medical Toxicology Expert Panel on Evaluating and Reporting Opioid Deaths (Position Paper Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs)
                        Appointed Member

2012-present   Office of Justice Programs' (OJP), National Institute of Justice (NIJ) OIFS Paul Coverdell Forensic Science Improvement Grants Program
                        Peer Reviewer

2011-present   Journal of Forensic and Legal Medicine
                Invited Peer Reviewer

2010            Forensic Specialist, Review Medicolegal Death Investigation System and Tivoli Gardens incident, Office of the Public Defender and The Ministry of National Security, Jamaica
                        Project of United States Agency for International Development—Community Empowerment & Transformation USAID-COMET, United Nation's Development Program—UNDP
                        MSI Project: JAMAICA COMET #3902-004-10-010-SUB

2010            Research & Development on Forensic Crime Scene & Medicolegal Death Investigations, US Department of Justice, Office of Justice Programs, National Institute of Justice,
                Peer Reviewer

2009-present   Canadian Police Research Center, Defense Research & Development, Centre for Security Science, Ontario, Canada
                External Reviewer

2009-present   Journal of Forensic Sciences
                Invited Peer Reviewer

2007            National Association of Medical Examiners
                Electrical Muscular Disruption Device (EMDD) Literature Review Panel, Office of Science & Technology, Office of Research and Evaluation, National Institute of Justice
                Independent Expert Reviewer

1999-present   Annals of Internal Medicine
                Invited Peer Reviewer

1997-present   Archives of Pathology and Laboratory Medicine
                Invited Peer Reviewer

## PRINCIPAL INVESTIGATOR OF GRANTS

National Center for Injury Prevention And Control (CDC)
"National Violent Death Reporting System"
2003 to 2005; $140,000/year

NIH First Independent Support and Transition Award,
"Fatty Acid Ethyl Esters: Cellular Metabolism and Clinical Detection"
1989-1991; $300,000

Biomedical Research Support Grant
"Fatty Acid Ethyl Esters:  Cellular Metabolism"
1989-1990; $18,000

Elizabeth A. Laposata, MD, FCAP, FASCP

 W.W. Smith Charitable Trust
"Molecular Mechanisms of Hepatic Lipase"
1987-1989; $100,000.

**CONSULTANT ON GRANTS**

Center for Disease Control and Prevention  975-35496-7002
"Web-Based Program to Prevent Mental Health Risks in Medical Examiners"
St. John's University, Jamaica, NY
2011-2012

**MAJOR TEACHING RESPONSIBILITIES; BOSTON UNIVERSITY SCHOOL OF MEDICINE 2006-PRESENT, BOSTON, MA**

1.  Course Director, Forensic Pathology GMS FS 712 (to 2013)
2.  Course Director, Medicolegal Death Investigation GMS FS 709 (to 2013)
3.  Course Director, Forensic Toxicology, GMS 830 (to 2012)
4.  Directed Studies in Biomedical Forensic Sciences GMS 870 (2012 to present)
5. Thesis Advisor for Master of Science, Graduate Medical School, Boston University School of Medicine
Thesis Topics: *Advances in the Investigation of Gunshot Injuries, Effects of Adulterants on Detection of Drugs of Abuse in Urine by GC/MS; SIDS; Commingled Skeletal Remains in Cases of Human Rights Violations; Forensic Significance of Tattoos; Bodies in Water; Murder or Compassionate Death; Pre-Hospital Care Artifacts in Death Investigation; Biochemical and Temperature Changes in the Body After Death; Assigning Suicide as Manner of Death; Detection of Remains by Thermal Imaging Cameras; Suicide and the Economy; Thrombolytic Agents & Postmortem Diagnosis of Thrombosis; Disease and Injury in the Oral Cavity; Systemic Inflammatory Response Syndrome; Maternal Mortality; Postmortem Dismemberment; Diagnosis of Cardiac Ischemia; Analysis of Falls from Heights; Elder Abuse; Autopsy Negative Brain Injury & Second Impact Syndrome; Adverse Drug Reactions; Pediatric Toxicology; Muchausen Syndrome by Proxy; Interactions of Herbal Medications; Adipocere; Death Investigation Systems in Belgium.*
6. Course Director, Forensic Pathology & Medicolegal Death Investigation (2013 to present)

2016–2019       PhD Thesis Advisor, Department of Pharmaceutical Sciences, Northeastern University, Boston, MA, *A Mechanism-Based Forensic Investigation into the Postmortem Redistribution of Morphine*

**MAJOR TEACHING RESPONSIBILITIES; THE ALPERT WARREN MEDICAL SCHOOL OF BROWN UNIVERSITY 1994-PRESENT, PROVIDENCE, RI**

1.  Lecturer, The Role of the Medical Examiner, Seminar on Public Health Policy and Practice, BioMed 372.
2.  Forensic Pathology Rotation, Pathology Residents, 1994-2005.
3.  Lecturer, Cardiomyopathy & Myocarditis, Systemic Pathology 2nd Year, 2005 to present
4.  Anatomy and Physiology, EMT-Basic Course; 2008-2011
5.  A 2-Hour Primer in Forensic Pathology, Pathology Resident's Morning Conference, 2009
6.  Update on Drugs of Abuse, 2nd Year Medical Students, 2014

**MAJOR TEACHING AND CLINICAL RESPONSIBILITIES; HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA SCHOOL OF MEDICINE 1987-1991, PHILADELPHIA, PA**

1.  Forensic Pathology, Course Director, Pathology 205.
2.  Autopsy Pathology, Course Director, Pathology 201.
3.  Medical Pathology, Course Director, Pathology 602.
4.  Pathology Attending, Autopsy Service (Associate Director).
5.  Conference Director, 1988-89, Cardiac Pathology/Cardiac Catheterization Conference with Division of Cardiology.
6.  Member, Quality Assurance Committee, Division of Traumatology and Surgical Critical Care.

Elizabeth A. Laposata, MD, FCAP, FASCP

7.  Associate Course Director, Pulmonary Pathology, Pathology 200.
8.  Lecturer, Course in Forensic Pathology, and Cardiac Pathology, Pathology, 200.

**<u>INVITED PRESENTATIONS</u>**

1982-1985    "Sudden Infant Death Syndrome",
             "Autopsy of the Bombing Victim",
             Faculty, Medicolegal Death Investigators Course,
             St. Louis University School of Medicine, St. Louis, MO.

1984-1985    "Autopsy & Preservation of Trace Evidence from the Bombing Victim" Federal Law Enforcement
             and Training Center, Glyncoe, Georgia.

1987         "Homicides, Bombs and Explosives",
             "Determination of Time of Death",
             Homicide Investigator Course Pennsylvania State Police, Hershey, Pennsylvania.

1988         "The Medicolegal Autopsy" U.S. Postal Inspectors Training Course, Norfolk, Virginia.

             "The Medicolegal Autopsy and the Diagnosis of Child Abuse" American Society of Clinical Pathologists
             Pathology Update, Cherry Hill, New Jersey.

1989         "Pediatric Forensic Pathology" Texas Homicide Symposium, Plano, Texas.

             "Fatty Acid Ethyl Esters:  A New Alcohol Metabolite" Biomedical Science Department, General Motors
             Research Laboratories, Detroit, Michigan.

             "Death in Custody" Law Enforcement Television Network, Carrollton, Texas.

             "Advances in Forensic Sciences" World Mystery Writers Convention, Philadelphia, Pennsylvania.

             "The Medicolegal Autopsy",
             "Forensic Aspects of Alcohol", American Society of Clinical Pathologists Forensic Pathology
             Course, Chicago, Illinois.

1991         "The Effects of Passive Inhalation of Crack Smoke on Infants" Conference on Drug Exposed
             Infants, Children and Their Families Center for Social Policy & Community Development, Temple
             University, Philadelphia, Pennsylvania.

             "Certification of Cause & Manner of Death" Christiana Medical Center, Delaware.

1993         "The Medical Examiner's Office & Death Investigation" Suicide, Accident and Murder Victims
             Support Group, Wilmington, Delaware.

             "Forensic Aspects of Physical Child Abuse" Seminar in Forensic Medicine, Omaha, Nebraska.

             "Pathology in the Public Interest" Pathology Grand Rounds, Yale University School of Medicine,
             New Haven, Connecticut.

1994         "The Medical Examiner's Office" Rhode Island Criminalist Associate, East Providence, Rhode
             Island.

             "Drugs and the Medical Examiner's Office" Rhode Island State Government, Internship Program,
             Providence, Rhode Island.

Elizabeth A. Laposata, MD, FCAP, FASCP

"Pathology in the Public Interest" Rhode Island Society of Pathologists, Providence, Rhode Island.

1994-1995    "Forensic Pathology" Providence Police Training Academy, Providence, Rhode Island.

1995    "Survivors of the Homicide Victim" Governor's Conference on Victims Issues, Warwick, Rhode Island

"The Medical Examiner's Office: Case Studies" Criminal Law Seminar, Rhode Island Trial Lawyers Association, Providence, Rhode Island.

1994-2004    "Duties & Function of the Medical Examiner's Office" Rhode Island State Police Recruit Training School Providence, RI.

1994-2004    "Forensic Pathology and Trace Evidence" Bureau of Criminal Investigation, University of Rhode Island State Crime Laboratory, Kingston, RI.

1995    "Asphyxia", Massachusetts Medicolegal Society, Waltham, MA.

1996    "Homicide", Government Capital Litigation Course, Naval Justice School, Newport, RI.

"Medicolegal Death Investigation", Rhode Island Medical Women's Society, Providence,RI

Keynote Address: Candlelight Vigil, National Victim's Rights Week, Providence, RI.

Keynote Speaker: Sudden Infant Death Syndrome Foundation Annual Fundraiser, Warwick, RI.

2001    "Sudden Infant Death Syndrome" Pediatric Grand Rounds, Women & Infants Hospital, Providence, RI.

"The Impact of Forensic Study and Evidence Preservation in Trauma Care" 11th Annual Peter D. Smith Trauma Seminar, Rhode Island Hospital, Providence, RI.

"The Role of the Medical Examiner in Homicide Deaths" RI Victims' Advocacy & Support Center, Warwick, RI.

"The Role of the Forensic Pathologist in Criminal Investigations" Death Scene Investigation Seminar, Roger Williams University, Bristol, RI.

"Methods of Forensic Investigation and Identification in the Egypt Air Flight 990 Crash" 11th Annual Conference, The New England Division of the International Association for Identification, Newport, RI.

2003    "The Crash of Egypt Air Flight 990 off Nantucket Island" Homeland Security Conference, The Commonwealth of Massachusetts Executive Office of Public Safety, Westford, MA.

"The Use of Forensic Pathology in Every Death Case" Massachusetts Academy of Trial Attorneys Convention, Boston, MA.

"Medical Examiner Response to Mass Disaster: Egypt Air 990" North East Regional Epidemiology Conference, Providence, RI.

2004    "Medical Examiner's Office Response to Mass Fatalities" International Association of Arson Investigators, RI Chapter, Warwick, RI .

Elizabeth A. Laposata, MD, FCAP, FASCP

|  | "Medical Examiner's Office Response to Mass Fatalities" Clinical Laboratory Science Society of Central New England, Providence, RI. |
|---|---|
| 2006 | "Medical Malpractice: Who Sues and Why", Rhode Island Medical Women's Association, Providence, RI. |
|  | "Forensic & Scientific Issues in Low-Level Chemical Environmental Exposures", Superfund Basic Research Program Seminar, Department of Pathology & Laboratory Medicine, Brown University School of Medicine, Providence, RI. |
| 2007 | "Mass Fatality Management", Rhode Island Disaster Medical Assistance Team, Coventry, RI. |
| 2008 | "The Medical Examiner:  Pathology in the Public Interest", University of Rhode Island, Forensic Sciences Seminar Series, South Kingstown, RI |
| 2009-2012 | "Forensic Pathology", Citizen's CSI Academy, Holliston, MA |
| 2009 | "Mechanism, Cause & Manner of Death", Keches & Mallen Law Firm, Taunton, MA |
|  | "Unique Issues in Mass Disaster Death Investigation", Professional Studies in Applied Forensic Sciences and Criminal Investigations, Boston University School of Medicine, Boston, MA |
|  | "Handling a Mass Disaster", Colorado Coroner's Association, 21st Annual Training Seminar, Colorado Springs, CO |
|  | "Forensic Pathology- Cause of Death of Injury", The Rx Files: Medicine for Lawyers, Boston, MA |
| 2009 | Forensic Summit, The Forensic Autopsy, Toxicology & Determination of Cause of Death, Massachusetts Continuing Legal Education (MCLE),10 Winter Place, Boston, MA |
| 2010 | The Medicolegal Autopsy and Anatomy Laboratory Cadaver Prosection at Boston University School of Medicine, Massachusetts Continuing Legal Education (MCLE),10 Winter Place, Boston, MA |
| 2011 | Inferential Thinking about the Body & Its Context, Workshop on Death, Decay, and Discovery, Joukowsky Institute for Archaeology & the Ancient World, Brown University, Providence, RI |
|  | Learning from the Dead: Injuries from Handguns, Prosecuting & Defending Homicide Cases, Massachusetts Continuing Legal Education (MCLE) 10 Winter Place, Boston, MA |
|  | "Forensic Toxicology", Toxicology Laboratory, UMass Memorial Medical Center, Worcester, MA. |
| 2012 | MCLE Annual Seminar "Prosecuting & Defending Homicide Cases" Forensic Pathology for Lawyers, Boston, MA |
| 2014 | Seminar on Unique Features of Death Caused by Drugs & Toxins, Warren Alpert Medical School of Brown University, Providence, RI |
| 2015 | MCLE Annual Seminar "Prosecuting & Defending Homicide Cases" Gunshot Wounds, Boston, MA |
| 2015 | Underwater Death Investigation, Association for Unmanned Vehicle Systems, Devens, MA |
| 2015 & 2017 | Emergency Room Forensics: Evidence & Patterned Injuries, New England Chapter of the International Association of Forensic Nurses, Norwood, MA |

Elizabeth A. Laposata, MD, FCAP, FASCP

2017            Error Reduction in Death Investigation: A Defined Role for the Forensic Pathologist in Scientific Analysis and Reasoning Beyond the Autopsy, International Forensic Science Error Management Symposium, National Institute of Standards and Technology (NIST), Gaithersburg, MD

## MEDIA

2019            William Hurley: The Hunt for Justice, Oxygen, 44 Blue Productions

2016            The Death of Troy Causey, ESPN

2013            The Forensic Pathologist as Expert Witness, Legal Video Library, Win Interactive Litigation Support Services, Rockland, MA

2010-2011      Consultant, Forensic Pathology & Death Investigation, PBS FRONTLINE, Analysis of U.S. soldier's death in Iraq

2010            Forensic Pathology Consultant, Technical and Creative, Body of Proof, Season 1, ABC

1996            Scientific Advisor and Participant, "Poisons", in the series Discover Magazine on The Discovery Channel, Produced by Powderhouse Production, Somerville, MA.

## PUBLICATIONS

1. Konie (Laposata), E.A. Acute renal failure in the rat: A study of the vascular tree. ASIN: B0006YDPKC.,1975.

2. Laposata, E.A., Lange,L.G.:Correlation in man of a new ethanol metabolite with patterns of alcohol-induced organ damage. Science 231:497499, 1986.

3. Ishii, H. Salem,H.H.,Bell, E.C.,Laposata,E.A.,Majerus,P.W.:Thrombomodulin,an endothelial anticoagulant protein, is absent from human brain. Blood 67:362-365, 1986.

4. Laposata, E.A., Scherrer, D.E.,Mazow C.,Lange, L.G.: Metabolism of ethanol by human brain to fatty acid ethyl esters. J. Biol. Chem. 262:4653-4657, 1987.

5. Laposata, E.A., Laboda, H.M., Glick, J.M., Strauss, J.R.:  Hepatic lipase:  Synthesis, processing, secretion by isolated rat hepatocytes.  J. Biol. Chem. 262:5333-5338, 1987.

6. Laposata, E.A. Trace evidence preservation from the bombing victim at autopsy. J. Forensic Sci. 30:789-797, 1985.
7. Siddle, B.K., Laposata, E.A.: Sudden Death Syndromes.Police 9:20-23, 1985.

8. Laposata, E.A., Hale, P., Poklis, A.:  Evaluation of sudden death in psychiatric patients with special reference to phenothiazine therapy: Forensic pathology.  J. Forensic Sci. 33:432-440, 1987.

9. Hixenbaugh, E.A., Sullivan, T.R., Strauss, J.F., Laposata, E.A., Komaromy, M., Paavola L.G.:  Hepatic lipase in the rat ovary:  Ovaries cannot synthesize hepatic lipase in the rat ovary but accumulate it from the circulation. J. Biol. Chem. 264:4222-4230.

10. Nader, R.G., Barr, F., Rubin, R., Hirshfeld, J.W., Eisen, H.J., Laposata, E.A.:  Aortic degenerative changes and thrombus formation:  An unusual cause of massive myocardial infarction with normal coronary arteries. Am. J. Med. 86:718-722, 1989.

11. Laposata, E.A., Scherrer, D.E., Lange, L.G.:  Fatty acid ethyl esters in adipose tissue:  A laboratory marker for alcohol-related death.   Arch. Path. Lab. Med. 113:762-766, 1989.

Elizabeth A. Laposata, MD, FCAP, FASCP

12.  Laposata, E.A., Harrison, E.H., Hedberg, E: Synthesis and degradation of fatty acid ethyl esters by cultured hepatoma cells exposed to ethanol. J. Biol. Chem. 265:9688-9693, 1990.

13.  Mirchandani, H., Laposata, E.A.:  Cases to be reported to the City of Philadelphia Medical Examiner's Office. Philadelphia Medicine, 86:66-67, 1990.

14.Mirchandani, H. Mirchandani I., Hellman, F., English-Rider, R. Rosen, S., and Laposata, E.A.:  Passive inhalation of Freebase Cocaine ("crack") smoke by infants.  Arch. Path. Lab Med. 115:494-498, 1991.[Reprinted in Walker, A.M., McMillen, C. (Eds.),  Second SIDS International Conference, Perinatology Press, 129-133, 1993].

15. Heimer, R., Sporer, R., Molinaro, L., Hansen, L., Laposata, E.A.:  Normal human synovial fluid and articular cartilage contain similar intact proteoglycans. Lab. Invest., 66:701-707, 1992.

16.  Contostavlos, D.E.,and Laposata, E.A.: Sagittal liver transection--an injury due to the improperly worn shoulder harness seatbelt: A report of two cases. J. Trauma 33:(4):647-640, 1992.

17.  Centers for Disease Control and Prevention: Hantaviral Pulmonary Syndrome - Northeastern United States, Morbidity and Mortality Weekly Report.43:(30):548-550, 1994.

18.Hjelle, B., Krolikowski, J., Martinez, N., Giles, F., Vannar, C., and Laposata, E.A.:  Phylogenetically distinct Hantavirus implicated in a case of Hantaviral Pulmonary Syndrome in the Northeastern United States.  J. Med. Virology, 46:21-27, 1995.

19.Buechner, Jay S., Laposata, E.L.,Verhoek-Oftedahl, Wendy, Donnelly, Edward F.:  Violent Deaths in Rhode Island,1999-2002. Medicine and Health/ Rhode Island, 86: (8): 260-262, 2003.

20. Laposata, E.A., Office of the Medical Examiner—Pathology in the Public Interest.Medicine and Health/ Rhode Island, 88: (9): 298-303,2005.

21.  Laposata, E.A., Swartz, J., Verhoek-Oftedahl, W., et al. Rhode Island Child Death Review Key Findings: 2000-2002 Deaths. Medicine and Health/ Rhode Island, 88 (9): 321-322, 2005.

22.  Laposata, E.A., Verhoek-Oftedahl, W. Rhode Island's Child Death Review Team.Medicine and Health/ Rhode Island, 88 (9): 323-325, 2005.

## ABSTRACTS AND POSTER PRESENTATIONS

1. Laposata, E.A.:  Trace evidence preservation from the bombing victim at autopsy. American Academy of Forensic Sciences Annual Meeting,Las Vegas, NV, 1983.

2. Laposata, E.A., Lange, L.G.: Mediation of alcohol metabolism in human myocardium by fatty acid ethyl ester synthase.  Circulation (Suppl. II) 70:ll-139, 1984.

3. Laposata, E.A., Hale, P., Poklis, A.:Evaluation of sudden death in psychiatric patients with special reference to phenothiazine therapy. American Academy of Forensic Sciences Annual Meeting, Anaheim, CA,1984.

4.  Laposata, E.A.,  Mazow, C.,  Lange, L.G.: A new measure of ethanol consumption in man:  Fatty acid ethyl esters.  American Academy of Forensic Sciences Annual Meeting, Cincinnati, OH.  1985.

5.  Laposata, E.A.,  Laboda, H.M.,  Glick, J.M.,  Strauss, J.F.:  Synthesis and secretion of hepatic lipase by rat hepatocytes.  Cardiovascular Disease '86.  George Washington University, Washington, D.C.  1986.

6. Laposata, E.A.,  Hedberg, E.B.:  Demonstration of an inhibitor of fatty acid ethyl ester synthesis.  Clin. Res. 35:793A. 1987.

Elizabeth A. Laposata, MD, FCAP, FASCP

7. Laposata, E.A., Clark, A., Trevlyn, D.: Identification of factors contributing to the over- diagnosis of child abuse. American Academy of Forensic Sciences Annual Meeting, Philadelphia, PA. 1988.

8. Laposata, E.A., Hedberg, E.B., Spiegel, R.M.:  Ethanol metabolism by human blood.  American Academy of Forensic Sciences Annual Meeting, Las Vegas, NV. 1989.

9. Hansen, L.M., Donnell, M., Robinson, S., Heimer, R., Molinaro, L., Laposata, E.A.  Changes in synovial fluid proteoglycans as a possible marker of time and death. American Academy of Forensic Sciences Annual Meeting, Cincinnati, OH, 1990.

10.Laposata, E.A.:  A pathologist's review of AIDS into the 21st century.  American Academy of Forensic Sciences Annual Meeting, Cincinnati, OH. 1990.

11. Laposata, E.A., Harrison, E.H., Hedberg, E.G.: Synthesis and degradation of fatty acid ethyl ester cultured hepatoma cells exposed to ethanol.  (Poster) Federation of American Societies for Experimental Biology, Washington, D.C. 1990.

12.  Mair, D.C., Donnell, M.E., Laposata, E.A.:  Fatty acid ethyl esters, a family of ethanol metabolites mediate changes in protein secretion in HEPG2 cells.  American Federation for Clinical Research, Washington, D.C. 1990.

13. Laposata, E.A., Donnell, M.E.:  Synthesis of fatty acid ethyl esters by human liver exposed to ethanol. American Federation for Clinical Research, Washington, D.C. 1990.

14. Laposata, E.A., Mirchandani, H., Arbogast, J., Hansen, B.  Patterns of cocaine use among: fatalities at the Philadelphia Medical Examiner's Office.  American  Academy of Forensic Sciences Annual Meeting, Anaheim, CA 1991.

15.  McGonigal, M.D., Donahue, J., Cole, J., Laposata, E.A.  Effect of alcohol on mortality in elderly trauma victims.  American Trauma Society's Annual Meeting, McLean, VA 1992.

16. Haley, N., Laposata, E.A., Wick, S., Iwuc, P., Ogilvie, L., Pliakas, T. Huffing: A Fatal Case Chlorodifluoromethane (Freon 22) Inhalation.  Society of Forensic Toxicology, Puerto Rico,1999.

17. Laposata,E.A., Padillla, C.M. Challenges in Evaluating Cause and Manner of Death in Palliative and End-of-Life Care Patients.  American Academy of Forensic Sciences Annual Meeting, Atlanta, GA. 2012.

**EDITORIALS, REVIEWS, CHAPTERS, TEXTBOOKS, WORKSHOPS**

1. Laposata, E.A., Laboda, H.M., Glick, J.M., Strauss, J.F.:  Synthesis and secretion of hepatic lipase by rat hepatocytes (Chapter 6) in Gallo, L.L. (Ed.) Cardiovascular Disease:  Molecular and Cellular Mechanisms, Prevention, Treatment, Plenum Press, New York, 1987, pp. 51-60.

2. Laposata, E.A.:  A review of the cardiotoxic effect of cocaine.  J. Thoracic Imaging, 6:68-75, 1991.

3. Laposata, E.A.:  The need for scientific approaches in forensic pathology, (Editorial), Am.J. Forensic Med. & Pathol., 12 (4):278-280, 1991.

4. Dix, J.D., Laposata, E.A.:  Forensic Pathology by Case Presentation, 1992.

5. Laposata, E.A. and Mayo, G.:  A review of pulmonary pathology and mechanisms associated with inhalation of freebase cocaine ("crack").  Am. J. Forensic Med. & Pathol., 14(1):1-9, 1993.

6. Laposata, E.A.:  Positional asphyxia during police restraint:  A letter to the editor.  Am. J. Forensic Med. & Pathol. 14 (1):86-87, 1993.

Elizabeth A. Laposata, MD, FCAP, FASCP

7. Dix, J.D., Laposata, E.A., Moseley, J.:  Attorney's Handbook of Forensic Pathology and Death Investigation. University of Missouri, Columbia School of Law. 1994.

8. Laposata, E.A.:  How to Write and Publish a Scientific Paper in Principle of Research Design, Statistical Analysis and Scientific Writing Workshop American Academy of Forensic Science Annual Meeting, Seattle, Washington. 1995.

9.  Laposata, E.A.: Restraint Stress (Chapter 5), in Ross, Darrell, & Chan, Theodore (Eds).: Sudden Deaths In Custody, Humana Press, Totowa, New Jersey, 2005, pp. 59-80.

10.  Laposata, E.A.:  Managing in Forensics:  Success Beyond the Science, Seminar, American Academy of Forensic Science Annual Meeting, Washington, D.C., 2009

11.  Laposata, E.A.: Seminar on the Medicolegal Forensic Autopsy & Medical Anatomy for Lawyers, Massachusetts Continuing Legal Education (MLCE),10 Winter Place, Boston, MA

12.   Laposata, E.A., Forensic Pathology and the Investigation of Death (Chapter 11), in A. Mozayan & C. Noziglia (Eds); The Forensic Laboratory Handbook Procedures and Practice, 2nd Ed. Humana Press, Springer Science + Business Media, New York, 2011. Pp. 283-333.

13. Laposata, E.A. provided case photographs for figures in Death Investigation (Chapter 5) in R. Saferstein, Criminalistics An Introduction to Forensic Science. Pearson Education, Upper Saddle River, New Jersey, 11th Ed 2014; 12th Ed 2017.