# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & Email**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED.

Dated: March 27, 2026
New York, New York

March 27, 2026

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Yitzchok Sklar,* 26 Cr. 24 (JLR)

Dear Judge Rochon:

I write to respectfully request the appointment of mitigation expert Katharine Nephew, LCSW, to assist in the representation of my client, Yitzchok Sklar.

Mr. Sklar has struggled with severe opioid addiction throughout his adult life. Along with cocounsel Tracey Burnett, we intend to have Ms. Nephew join the defense team in an effort to explore Mr. Sklar's addiction history as well as his background. Ms. Nephew has experience working on CJA cases in the S.D.N.Y.  She has worked with clients with severe addiction issues and, particularly relevant to this case, has connected prior clients to grief counseling.

During the recent budget meeting with Alan Nelson, we obtained pre-approval for the appointment of a mitigation expert for 65 hours.  I understand that the proposed case budget has been submitted to the Court for review.  I request the Court approve this request to permit Ms. Nephew to immediately join the defense team.  Should the Court grant this request, I also ask that the Court make the appointment *nun pro tunc* to March 25, 2026, when I first contacted Ms. Nephew about this case.

Accordingly, I request the appointment of Ms. Nephew, *nun pro tunc* to March 25, 2026, for 65 hours at the CJA rate of $125 per hour.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Yitzchok Sklar

# Katharine Nephew, LCSW

917-689-7306 knconsultingny@gmail.com

---

Licensed Clinical Social Worker with 25 years of experience leading multidisciplinary teams across educational, child welfare, healthcare, and justice systems. Possessing deep expertise in mental health, leadership strategy and systems navigation.  I am committed and passionate about contributing to organizations that are clinically strong and emotionally inspired.  My leadership style is grounded in respect, curiosity, and a belief that all individuals and communities deserve dignity and autonomy.

---

# EXPERIENCE

### Supervisor, Mental Health Clinic

Graham-Windham | Brooklyn, NY
*March 2023 – June 2025*

- Supervised and mentored six therapists serving children and families with complex social-emotional needs

- Provided clinical oversight, case consultation, and professional development

- Partnered with child welfare staff and caregivers to coordinate comprehensive care plans

- Led crisis intervention efforts, including psychiatric hospitalizations and safety planning

- Ensured quality assurance, documentation compliance, and evidence-based practice

---

### Founder & Principal Mitigation Specialist and Clinical Consultant

KHN Consulting LLC
*April 2019 – Present*

- Lead a systems-based clinical practice serving individuals and families navigating complex legal and psychosocial challenges

- Conducted comprehensive psychosocial assessments and develop structured intervention plans

- Coordinated multi-system collaboration among courts, treatment providers, housing agencies, and families

- Provided executive-level consultation to leaders on program strategy and organizational development

## Director, Children, Youth & Family Services

*The Osborne Association*
*January 2016 – November 2018*

- Led 30 staff across multiple sites

- Managed $2.3M budget and 19 city/state/private contracts

- Achieved 100% contract renewal over three years

- Built partnerships with schools, libraries, jails, prisons  and community organizations

- Developed programming for children experiencing trauma, separation, and instability

- Opened new office site and expanded access initiatives

- Directed a holistic community-based program supporting families affected by incarceration.

---

## Mental Health Coordinator & Clinical Therapist

*NYC Children's Services*
*2010 – 2012*

- Coordinated psychiatric care and discharge planning for children in foster care

- Reduced hospitalization durations through cross-system advocacy

- Advocated for appropriate residential and therapeutic placements

---

## Mental Health Consultant & Team Coordinator

*St. Vincent Catholic Medical Center*
*2007 – 2010*

- Consulted on 1500+ cases involving trauma, domestic violence, and complex mental health needs

- Trained child welfare investigators and administrators

- Led interdisciplinary case conferences to improve systemic responses

**Forensic Social Worker**

*Montefiore Hospital*
*2003 – 2006*

- Conducted trauma-informed forensic interviews of children and their parents

- Provided family-centered assessments to inform legal and child welfare decisions and Law Enforcement

---

# PRIVATE PRACTICE

**Psychotherapist** *(2023–2024)*

- Provided individual therapy (in-person and telehealth)

- Specialized in trauma, anxiety, depression, and system-related stressors

# EDUCATION

**New York University**
Master of Social Work (MSW)

**New York University**
Bachelor of Science in Social Work