# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & Email**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

April 30, 2026

Motion GRANTED.  Dkts 32 and 33 shall be terminated.

**SO ORDERED.**

Dated: May 1, 2026
New York, New York

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *United States v. Yitzchok Sklar,* **26 Cr. 24 (JLR)**

Dear Judge Rochon:

On April 25, 2026, I filed a bail application letter with the Court (Dkt. 32) and emailed unredacted copies to the Court and the government.  On April 27, 2026, upon review during the printing process, I discovered that a paragraph in the "Cause of Death" section of the motion had not been included in the filed and served copy of the motion.  I immediately emailed the Court and the government identifying this error and attached the amended copy of the bail application letter motion.  That same day, I also served upon the Court a hard copy paper version of the motion and all attachments along with a thumb drive containing the same contents.

This letter requests leave to file the amended version of the bail application letter motion on ECF, and requests that the originally filed letter motion (Dkt. 32) be removed from the docket following such filing of the amended motion.  As the "Cause of Death" section of the motion was redacted in the version filed on the public docket and would be redacted in the newly filed amended version of the motion (to ensure compliance with the operative protective order), the publicly filed motions would contain the same publicly available information.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Yitzchok Sklar