**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 7, 2026

**BY ECF & EMAIL**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Yitzchok Sklar et al*, 26 Cr. 24 (JLR)**

Dear Judge Rochon:

The Government writes, with consent of the defense, to respectfully request (1) a 30-day adjournment of the status conference, currently scheduled for October 8, 2026; and (2) that time between October 8, 2026 and the new conference date be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties are engaged in discussions about a potential pretrial resolution. Those conversations are ongoing and are anticipated to continue through October 8, 2026. The adjournment is therefore necessary to give the defense and the Government time to continue those discussions. The Government respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial so that the parties may engage in these discussions and so that any additional discovery materials may be obtained and produced. Counsel for Sklar has informed the Government that he consents to the foregoing requests.

Consent Letter Motion GRANTED. The status conference is adjourned from October 8, 2026 to **November 10, 2026 at 10:00 a.m.** Speedy trial time excluded until November 10, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

Dated: October 7, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Meredith Foster
Henry L. Ross
Assistant United States Attorneys
(212) 637-2310 / -2442

cc: Counsel of Record (by ECF & Email)